**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| HEATHER RUDY, individually and on behalf of all others similarly situated, | Case No.: 1:21-cv-03938 |
| Plaintiff, | Judge Andrea R. Wood |
| v. | |
| D.F. STAUFFER BISCUIT CO., INC., | |
| Defendant. | |

**DEFENDANT D.F. STAUFFER BISCUIT CO., INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant, D.F. Stauffer Biscuit Co., Inc. ("Stauffer"), by and through undersigned counsel, respectfully submits to this Honorable Court notice of supplemental authority in further support of its opening Motion to Dismiss filed with this Court on November 1, 2021 (Doc. 9).

In *Cruz v. D.F. Stauffer Biscuit Co., Inc.*, No. 20-CV-2402 ("*Cruz* Docket"), Magistrate Judge James L. Cott issued a Report and Recommendation (R&R) that District Judge Paul G. Gardephe grant Stauffer's Motion to Dismiss pursuant to Rule 12(b)(6) (*Cruz* Docket at Doc. 36). Stauffer informed this Court of Magistrate Judge Cott's R&R on November 15, 2021 (Doc. 16). As stated in Stauffer's previous filings with this Court, the *Cruz* action was initiated almost a year and a half before the instant matter, and mirrors the false advertising claims as to Stauffer's Lemon Snaps product that Ms. Rudy asserts here.

On September 29, 2022, Judge Gardephe issued an order adopting Magistrate Judge Cott's R&R in its entirety, and dismissing the *Cruz* Plaintiffs' Amended Complaint with prejudice (*Cruz* Docket at Doc. 39). Judge Gardephe's Order is attached hereto as **Exhibit A**.

Accordingly, Stauffer respectfully requests that this Court take notice of Judge Gardephe's Order as supplemental authority in further support of its Motion to Dismiss filed in this matter on November 1, 2021.

                Respectfully submitted,

                By: */s/ Thomas G. Collins*
                Thomas G. Collins
                PA Bar #75896
                Buchanan Ingersoll & Rooney PC
                409 North Second Street, Suite 500
                Harrisburg, PA 17101-1357
                Tel: (717) 237-4800
                thomas.collins@bipc.com

                Brittany D. Green
                Bar No. 6339049
                Cozen O'Connor
                123 North Wacker Drive, Suite 1800
                Chicago, IL 60606
                Tel: (312) 474-7900
                brittanygreen@cozen.com
                *Local Counsel*

                *Counsel for Defendant*
                *D.F. Stauffer Biscuit Co., Inc.*

Date:   October 25, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2022, I electronically filed the foregoing Notice of Supplemental Authority with the Clerk of the Court using the CM/ECF system, which will send notification of such filing upon the following:

Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Road, Suite 409
Great Neck, NY 11021-3104
Tel: (516) 268-7080
Fax: (516) 234-7800
spencer@spencersheehan.com
*Counsel for Plaintiff*

*/s/ Thomas G. Collins*
Thomas G. Collins

*Counsel for Defendant*
*D.F. Stauffer Biscuit Co., Inc.*