# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEATHER RUDY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>D.F. STAUFFER BISCUIT CO., INC.,<br><br>*Defendant*. | Case No.: 1:21-cv-03938<br><br>Judge Andrea R. Wood |

### DEFENDANT D.F. STAUFFER BISCUIT CO., INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Pursuant to Fed. R. Civ. P. 7.1(a) and L.R. 3.2, Defendant, D.F. Stauffer Biscuit Co., Inc., states that it is a privately held corporation and a wholly owned subsidiary of its parent entity, Meiji America Inc. Defendant further states that there is no publicly held corporation that owns 10% or more of Defendant's stock.

Respectfully submitted,

By: */s/ Thomas G. Collins*
Thomas G. Collins (PA Bar #75896)
BUCHANAN INGERSOLL & ROONEY PC
409 North Second Street, Suite 500
Harrisburg, PA 17101-1357
Tel: (717) 237-4800
thomas.collins@bipc.com

Brittany D. Green (Bar No. 6339049)
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel: (312) 474-7900
brittanygreen@cozen.com
*Local Counsel*

*Counsel for Defendant*
*D.F. Stauffer Biscuit Co., Inc.*

Date: January 5, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2023, I electronically filed the foregoing Notice of Supplemental Authority with the Clerk of the Court using the CM/ECF system, which will send notification of such filing upon the following:

Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Road, Suite 409
Great Neck, NY 11021-3104
Tel: (516) 268-7080
Fax: (516) 234-7800
spencer@spencersheehan.com
*Counsel for Plaintiff*

/s/ Thomas G. Collins
Thomas G. Collins

*Counsel for Defendant*
*D.F. Stauffer Biscuit Co., Inc.*