UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Heather Rudy
                              Plaintiff,
v.                                                          Case No.: 1:21−cv−03938
                                                            Honorable Andrea R. Wood
D F Stauffer Biscuit Co Inc
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 30, 2023:

    MINUTE entry before the Honorable Andrea R. Wood: For the reasons stated in the accompanying Memorandum Opinion and Order, Defendant's motion to transfer venue [11] is denied and its motion to dismiss [9] is granted. The complaint is dismissed in its entirety without prejudice. Plaintiff is granted leave to file an amended complaint that remedies the deficiencies in the dismissed claims, if she can do so consistent with the requirements of Fed. R. Civ. P. 11, by 4/27/2023. If Plaintiff declines to file an amended complaint by 4/27/2023, the case will be dismissed with prejudice and closed. Plaintiff is advised that she may inform the Court prior to 4/27/2023 that she does not intend to file an amended complaint and the Court will proceed with the entry of judgment. Telephonic status hearing set for 5/3/2023 at 9:15 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.